UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY REYNOLDS, *et al.*,

      Plaintiffs,                            Case No. 12-cv-11664

                                                Paul D. Borman
v.                                                United States District Judge

SANDRA BANKS, *et al.*,

      Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S NOVEMBER 12, 2013
REPORT AND RECOMMENDATION (ECF NO. 61)

On November 12, 2013, Magistrate Judge Majzoub issued a Report and Recommendation to deny Plaintiff's motion for entry of default under Fed. R. Civ. P. 55(a)(2) and to terminate Defendant Banks's motion to set aside entry of the default as moot.  Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 61), DENIES Plaintiff's motion for entry of default (ECF No. 55) and terminates as MOOT Defendant Banks's motion to set aside entry of default (ECF No. 57).

IT IS SO ORDERED.

                                                       s/Paul D. Borman
                                                       PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  January 2, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 2, 2014.

                                        s/Deborah Tofil
                                        Case Manager