UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY REYNOLDS and
LARRY DEMPS,

      Plaintiffs,

                                        Case No. 12-cv-11664

v.                                            Honorable Paul D. Borman
                                            United States District Judge

SANDRA BANKS, JOHN DOES 1-10 and
WILLIE FORD,

      Defendants.

_____/

## ORDER DIRECTING THE CLERK TO ADMINISTRATIVELY CLOSE CASE

      This case having been pending for over three years, all presently contemplated proceedings having been completed, and there having been no action herein for over 12 months, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 to the Administrative Office.

      Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

      IT IS SO ORDERED.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: February 29, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 29, 2016.

                                                    s/Deborah Tofil
                                                    Case Manager